# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-3100-01-CR-S-GAF |
| | ) | |
| MICHAEL JOHN KINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 29, 2014, defendant entered a plea of guilty to Counts One and Three and admitted to the Forfeiture Allegation contained in the Indictment filed on December 15, 2011, before United States Magistrate Judge David P. Rush. On July 29, 2014, Judge Rush issued his Report and Recommendation (Doc. #46).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date of the sentencing hearing.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: August 19, 2014